# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| LISA M. C., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, Commissioner of Social Security, <br><br> Defendant. | Docket No. 2:20-cv-00080-NT |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On November 17, 2020, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision (ECF No. 22). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED** and the Commissioner's decision is **VACATED** and the case is **REMANDED** for further proceedings.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 2nd day of December, 2020.